# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Dallas Trott Jr.<br>aka William D Trott, Jr,<br>aka William D Trott<br>&<br>Vonda Kay Trott<br>aka Vonda K Trott<br><br>Debtor(s) | BK NO. 17-02764 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    412-430-3594