Certificate Number: 16339-PAM-DE-029861377

Bankruptcy Case Number: 17-02764



16339-PAM-DE-029861377

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on September 11, 2017, at 9:44 o'clock PM EDT, William Trott completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 11, 2017   By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor