```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                           Case No. 17-02764-HWV
William Dallas Trott, Jr.                                        Chapter 13
Vonda Kay Trott
            Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1        User: AGarner          Page 1 of 2          Date Rcvd: Sep 18, 2017
                            Form ID: ntcnfhrg      Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
db/jdb       +William Dallas Trott, Jr.,   Vonda Kay Trott,   438 Barlow Greenmount Road,
              Gettysburg, PA 17325-8783
4941364      +1st Finl Invstmnt Fund,   3091 Governors Lake Dr,   Peachtree Corners, GA 30071-1135
4941365      +Alexanders Plumbing,   4236 Fairfield Road,   Fairfield, PA 17320-9301
4941366      +Bank of America,   Attn: Corresp Unit/CA6-919-02-41,   Po Box 5170,
              Simi Valley, CA 93062-5170
4941367      +Bestline Equipment,   5120 E Trindle Road,   Mechanicsburg, PA 17050-3693
4941368      +Beverly Dodson,   626 Harney Road,   Littlestown, PA 17340-9360
4941369      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
4941372      +Doug Dodson,   626 Harney Road,   Littlestown, PA 17340-9360
4941374      +FLAHERTY FARDO LLC,   812 IVY STREET,   Pittsburgh, PA 15232-2406
4941373      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
4941375      +JND Construction LLC,   438 Barlow Greenmount Road,   Gettysburg, PA 17325-8783
4941376       Metro Bob Cat Inc,   Sykesville, MD 21784
4941363       PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
              Harrisburg, PA 17128-0431
4941379      +R & R Prfssnl Recovery,   Pob 21575,   Pikesville, MD 21282-1575
4941382       SLS,   8742 LUCENT BLVD,   SUITE 300,   Littleton, CO 80129-2386
4941380      +Shapiro & DeNardo LLC,   3600 Horizon Drive,   Suite 150,   King of Prussia, PA 19406-4702
4941381      +Shari Smith,   417 Frederick Street,   Hanover, PA 17331-3721
4947083      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
4941383      +Valley Cred,   Po Box 7090,   Charlottesville, VA 22906-7090
4941384       World Business Lenders LLC,   101 Hudson St Fl 33,   Jersey City , NJ 07302-3905
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4941370      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 18 2017 19:13:25
              Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
4941371      +E-mail/Text: kcarter@creditmanagementcompany.com Sep 18 2017 19:13:12     Credit Management Co,
              2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
4941362       E-mail/Text: cio.bncmail@irs.gov Sep 18 2017 19:12:39     Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
4941377      +E-mail/Text: bknotices@totalcardinc.com Sep 18 2017 19:12:59     Mid America Bank & Tru,
              5109 S Broadband L,   Sioux Falls, SD 57108-2208
4953428       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2017 19:12:53
              Pennsylvania Department of Revenue,   Bankruptcy division,   P O Box 280946,
              Harrisburg P A 17128-0946
4941378      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2017 19:12:09
              Pinnacle Credit Service,   Attn: Bankruptcy,   Po Box 640,   Hopkins, MN 55343-0640
4941385      +E-mail/Text: kcm@yatb.com Sep 18 2017 19:12:34     York Adams Tax Bureau,
              Post Office Box 15627,   York, PA 17405-0156
                                                                                            TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: AGarner              Page 2 of 2                Date Rcvd: Sep 18, 2017
                               Form ID: ntcnfhrg          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Debtor William Dallas Trott, Jr. gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Joint Debtor Vonda Kay Trott gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-9 bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Et Al...
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                             TOTAL: 6

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Dallas Trott Jr.<br>aka William D Trott Jr, aka William D Trott<br>Vonda Kay Trott<br>aka Vonda K Trott<br><br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−02764−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**October 18, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 25, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2017 |