# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

November 27, 2017

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: William Dallas Trott Jr. and Vonda Kay Trott
vs. World Business Lenders LLC
Chapter 13 Bankruptcy Case No. 1-17-02764-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien in the above matter. The Docket Number of the Order is 43.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\TROTT William & Vonda 2017 Filing\Pleadings and Creditors\World Business Lenders\1-17-bk-02764-HWV\Order.wpd

Case 1:17-bk-02764-HWV   Doc 45   Filed 11/27/17   Entered 11/27/17 14:09:55   Desc
Main Document   Page 1 of 1