```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02764-HWV
William Dallas Trott, Jr.                                           Chapter 13
Vonda Kay Trott
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 1           Date Rcvd: Nov 27, 2017
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
```
              +ALEXANDER PLUMBING,   C/O MATTHEW BATTERSBY,   20 WEST MAIN STREET,   PO BOX 215,
                FAIRFIELD, PA 17320-0215
4941365       +Alexanders Plumbing,   4236 Fairfield Road,   Fairfield, PA 17320-9301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 William Dallas Trott, Jr. gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 2 Vonda Kay Trott gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM DALLAS TROTT JR. | : | CASE NO. 1-17-02764-HWV |
| a/k/a WILLIAM D. TROTT, JR. | : | |
| a/k/a WILLIAM D. TROTT | : | CHAPTER 13 |
| VONDA KAY TROTT | : | |
| a/k/a VONDA K. TROTT | : | |
| Debtors | : | |
| | : | |
| WILLIAM DALLAS TROTT JR. | : | |
| a/k/a WILLIAM D. TROTT, JR. | : | |
| a/k/a WILLIAM D. TROTT | : | |
| VONDA KAY TROTT | : | |
| a/k/a VONDA K. TROTT | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| ALEXANDERS PLUMBING | : | |
| Respondent | : | |

## ORDER AVOIDING JUDGMENT LIEN

Upon consideration of Debtor/Movants' Motion to Avoid the Judicial Lien (the "Motion") filed against certain residential real estate owned by the Debtor/Movants situate at 438 Barlow Street Greenmount Road, Gettysburg, Pennsylvania, filed by Respondent, Alexanders Plumbing, to Number 2014-NO- 0000760 in Adams County, Pennsylvania, it is hereby

**ORDERED** that the Motion is **GRANTED** and Judgment lien to Number 2014-NO-0000760 held by Alexanders Plumbing, in Debtors' property described above is hereby **AVOIDED**; and it is further.

**ORDERED** that a certified copy of this Order may be recorded in the Adams County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Bankruptcy Judge

Dated: November 27, 2017