IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM DALLAS TROTT JR. | : | CASE NO. 1-17-02764-HWV |
| aka WILLIAM D. TROTT JR. | : | |
| aka WILLIAM D. TROTT | : | CHAPTER 13 |
| VONDA KAY TROTT | : | |
| aka VONDA K. TROTT | : | |
| Debtors | : | |

### DEBTORS' CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, William Dallas Trott Jr., hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
William Dallas Trott Jr.

I, Vonda Kay Trott, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Vonda Kay Trott

Date: 11-14-20