IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | WILLIAM DALLAS TROTT, JR | § | Case Number: | 17-02764-HWV-13 |
| | VONDA KAY TROTT | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT Exeter Finance LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LP hereby requests that:

    (i)    all notices given or required to be given in the case; and

    (ii)    all pleadings and correspondence served or required to be served in this case,

regarding Exeter Finance LLC should be directed to AIS Portfolio Services, LP at the following mailing address effective immediately:

    Attn: Exeter Finance LLC Department
    AIS Portfolio Services, LP
    Account: XXX5018
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                                                  Respectfully submitted,

                                                  /s/ Arvind Nath Rawal
                                                  Arvind Nath Rawal
                                                  Claims Processor
                                                  Bankruptcy Servicer for Exeter Finance LLC
                                                  AIS Portfolio Services, LP
                                                  4515 N Santa Fe Ave. Dept. APS
                                                  Oklahoma City, OK 73118
                                                  (817)277-2011, Fax (817) 461-8070
                                                  ECFNotices@aisinfo.com
                                                  File # 1391324