# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

February 16, 2022

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: William & Vonda Trott
Chapter 13 - Bankruptcy Case No. 1:17-bk-02764

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

VALLEY CRED
7005 MIDDLEBROOK PIKE
KNOXVILLE TN 37909-1156

The Creditor's <u>previous</u> address was as follows:

VALLEY CRED
PO BOX 7090
CHARLOTTESVILLE, VA 22906-7090

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm