In re:  
William Dallas Trott, Jr.  
Vonda Kay Trott  
    Debtors

Case No. 17-02764-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 26, 2022     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Dallas Trott, Jr., Vonda Kay Trott, 438 Barlow Greenmount Road, Gettysburg, PA 17325-8783 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4941364 | + | 1st Finl Invstmnt Fund, 3091 Governors Lake Dr, Peachtree Corners, GA 30071-1135 |
| 4941365 | + | Alexanders Plumbing, 4236 Fairfield Road, Fairfield, PA 17320-9301 |
| 4941367 | + | Bestline Equipment, 5120 E Trindle Road, Mechanicsburg, PA 17050-3693 |
| 4941368 | + | Beverly Dodson, 626 Harney Road, Littlestown, PA 17340-9360 |
| 4941372 | + | Doug Dodson, 626 Harney Road, Littlestown, PA 17340-9360 |
| 4941374 | + | FLAHERTY FARDO LLC, 812 IVY STREET, Pittsburgh, PA 15232-2406 |
| 4941375 | + | JND Construction LLC, 438 Barlow Greenmount Road, Gettysburg, PA 17325-8783 |
| 4941376 | | Metro Bob Cat Inc, Sykesville, MD 21784 |
| 4941363 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4941379 | + | R & R Prfssnl Recovery, Pob 21575, Pikesville, MD 21282-1575 |
| 4941380 | + | Shapiro & DeNardo LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4941381 | + | Shari Smith, 417 Frederick Street, Hanover, PA 17331-3721 |
| 4941383 | | VALLEY CRED, 7005 MIDDLEBROOK PIKE, KNOXVILLE TN 37909-1156 |
| 4975647 | + | WBL SPE II, LLC, c/o Alex Nadler, 101 Hudson Street, Jersey City, NJ 07302-3915 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 26 2022 22:38:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 18:37:00 | THE BANK OF NEW YORK MELLON, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4941366 | + | EDI: BANKAMER.COM | May 26 2022 22:38:00 | Bank of America, Attn: Corresp Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 4941369 | + | EDI: CAPITALONE.COM | May 26 2022 22:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4941370 | + | EDI: CCS.COM | May 26 2022 22:38:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 4941371 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 26 2022 18:37:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5435492 | + | EDI: AISACG.COM | May 26 2022 22:38:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4941373 | + | EDI: AMINFOFP.COM | May 26 2022 22:38:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4941362 | | EDI: IRS.COM | May 26 2022 22:38:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4941377 | + | EDI: TCISOLUTIONS.COM | May 26 2022 22:38:00 | Mid America Bank & Tru, 5109 S Broadband L, Sioux Falls, SD 57108-2208 |
| 4979085 | | EDI: PRA.COM | May 26 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4953428 | | EDI: PENNDEPTREV | May 26 2022 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4953428 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4941378 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 18:44:54 | Pinnacle Credit Service, Attn: Bankruptcy, Po Box 640, Hopkins, MN 55343-0640 |
| 4941382 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 18:37:00 | SLS, 8742 LUCENT BLVD, SUITE 300, Littleton, CO 80129-2386 |
| 4947083 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 18:37:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4941384 | | Email/Text: resolutions@wbl.com | May 26 2022 18:37:00 | World Business Lenders LLC, 101 Hudson St Fl 33, Jersey City, NJ 07302-3905 |
| 4941385 | + | Email/Text: kcm@yatb.com | May 26 2022 18:37:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Bank of New York Mellon fka The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

**Name**           **Email Address**

Denise E. Carlon

| | |
| --- | --- |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Vonda Kay Trott gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 William Dallas Trott Jr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon Et Al... bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William Dallas Trott Jr. | Social Security number or ITIN xxx–xx–4725 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Vonda Kay Trott | Social Security number or ITIN xxx–xx–4812 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–02764–HWV | |

## Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Dallas Trott Jr.
aka William D Trott Jr, aka William D Trott

Vonda Kay Trott
aka Vonda K Trott

5/26/22

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**